COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



CORRECTED ORDER

Appellate case name:     BDTP, LLC, Shawn Nyahay and Wesley T. Fortune v. United
Structures of America, Inc.

Appellate case number:   01-20-00464-CV

Trial court case number: 2019-48435

Trial court:             125th District Court of Harris County

On February 11, 2021, this Court issued an order with the incorrect style and court information. The order of February 11, 2021, is withdrawn and this amended order is issued in its place.

On January 5, 2021, this Court issued an order directing appellant to make payment arrangements for the filing of the clerk's record or the appeal might be dismissed. The clerk's record was filed on January 5, 2021 and a supplemental clerk's record was filed on January 19, 2021.

The Court's January 5, 2021 order further directed appellant to make financial arrangements for the filing of the reporter's record within 30 days of the January 5 order or the Court would consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The reporter's record was not filed and no response was filed indicating that appellant intended to pay or had paid for the preparation and filing of the clerk's record. On February 8, 2021, appellant tendered a brief.

Accordingly, the Court orders the appellant's brief filed as of February 8, 2021 and will consider and decide only those issues that do not require a reporter's record for a decision. *See id.* Appellee's brief is due to be filed within 20 days of the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___February 11, 2021_____